No. 73–62. WHEELER ET AL. v. BARRERA ET AL. C. A. 8th Cir. [Certiorari granted, ante, p. 908.] Motion of American Civil Liberties Union et al. for leave to file a brief as amici curiae granted. Motion of the United States for leave to participate in oral argument as amicus

*curiae* in support of respondents granted and 15 additional minutes allotted for that purpose. Petitioners allotted 15 additional minutes for oral argument.